UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANFOSS TURBOCOR
COMPRESSORS B.V.,et al.,

      Plaintiffs,

v.                                           Case No.  4:10-cv-145-RH-WCS

JOHNSON CONTROLS, INC.,

      Defendant.

_____

## ORDER

This case has been referred to the undersigned to conduct a mediation conference. (Doc. 61.)  Accordingly, a mediation conference is hereby scheduled before the undersigned on **Wednesday, April 20, 2011 at 10:00 a.m.** at the United States Courthouse, 401 S.E. First Avenue, Third Floor Courtroom, Gainesville, Florida.

As general guidance to the parties the parties should be aware that the mediation will be conducted in such a manner as not to prejudice any party in the event settlement is not reached.  To that end, all matters communicated to the undersigned in confidence will be kept confidential, pursuant to Fed. R. Evid. 408,[1] and will not be disclosed to any other party, or to the district judge.

At least **two (2) days** prior to the settlement conference, each party shall provide the undersigned, in confidence, a concise statement of the evidence supporting the

---

[1] Rule 408 provides, in pertinent part, that evidence "of (1) furnishing or offering or promising to furnish, or (2) accepting or offering or promising to accept, a valuable consideration or attempting to compromise a claim which was disputed as to either validity or amount, is not admissible to prove liability for or invalidity of the claim or its amount.  Evidence of conduct or statements made in compromise negotiations is likewise not admissible."

position of the party, the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed. The mediation statement shall not exceed **seven (7) pages** in length and will not be made a part of the case file.

At the mediation, the parties, by counsel, shall give a brief (five -ten minute) presentation, outlining the factual and legal highlights of their case. Subsequently, separate confidential caucuses will be held with each party and the party's representative(s). Tentatively the Court has allotted five hours for the mediation. In the event there are any scheduling problems counsel should contact Adelita Tinaya-Miller, courtroom deputy to the undersigned, at (352) 380-2402.

**DONE AND ORDERED** in Gainesville, Florida, on March 18, 2011.

GARY R. JONES
United States Magistrate Judge