UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DANFOSS TURBOCOR COMPRESSORS B.V. and DANFOSS TURBOCOR COMPRESSORS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON CONTROLS, INC.<br><br>Defendant. | Case No. 4:10-cv-145-RH-WCS<br><br>Judge Robert L. Hinkle |

**ORDER GRANTING PLAINTIFFS LEAVE TO ENTER COURTHOUSE WITH LAPTOP FOR USE DURING MEDIATION PROCEEDINGS**

Plaintiffs Danfoss Turbocor Compressors B.V. and Danfoss Turbocor Compressors, Inc. (collectively "DTC") are hereby granted leave to enter the Courthouse with a laptop for use during mediation proceedings to be held before Magistrate Judge Jones on April 20, 2011.

SO ORDERED on April 19, 2011.

_____
United States ~~District Judge~~
Magistrate Judge

1